*E-Filed 5/24/05*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DIRECTV, INC., a California Corporation,<br><br>            Plaintiff,<br><br>    v.<br><br>NONG VU,<br><br>            Defendant.<br>_____/ | Case No. C05-00409 HRL<br><br>**ORDER TO SHOW CAUSE RE: SETTLEMENT** |

The court is informed that this case has been settled. Accordingly, all trial and pretrial dates, including the Case Management Conference on May 31, 2005, are vacated.

**On or before June 24, 2005**, plaintiff shall file a dismissal pursuant to Fed. R. Civ. P. 41(a). If a dismissal is not filed by the specified date, plaintiff shall appear in Courtroom 2, 5th Floor of the United States District Court, 280 South First Street, San Jose, CA 95113 on **July 5, 2005 at 10:00 a.m.** and show cause, if any, why the case should not be dismissed pursuant to Fed. R. Civ. P. 41(a). The plaintiff shall file a statement in response to this Order to Show Cause **no later than June 28, 2005**. The statement shall state (1) the status of the activities of the parties in finalizing settlement; and (2) how much additional time, if any, is requested to finalize the settlement and file the dismissal.

//
//
//
//

If a voluntary dismissal is filed as ordered, the Order to Show Cause hearing will be automatically vacated and the parties need not file a statement in response to this order.  Plaintiff shall serve a copy of this order on defendant.

**IT IS SO ORDERED.**

Dated: 5/24/05                    /s/ Howard R. Lloyd
                                  HOWARD R. LLOYD
                                  UNITED STATES MAGISTRATE JUDGE

**United States District Court**
For the Northern District of California

1  THIS IS TO CERTIFY THAT A COPY OF THIS ORDER WILL BE SENT TO:

2  Alan J. Kessel     Akessel@buchalter.com,
3  sburke@buchalter.com;kosaki@buchalter.com;wjordan@buchalter.com;avankirk@buchalter.com;sshah@buchalter.com

4  Keli Nicole Osaki     Kosaki@buchalter.com,
5  pkamath@buchalter.com;gpandher@buchalter.com;mknighten@buchalter.com;westmanoctemp@buchalter.com;blee@buchalter.com

6  Sandeep J. Shah     sshah@buchalter.com,
   kosaki@buchalter.com;akessel@buchalter.com;blee@buchalter.com

7
8  * Counsel are responsible for providing copies of this order to co-counsel who have not registered under the Court's ECF system.

9  Dated: 5/24/05

10                                          /s/ RNR
                              Chambers of Magistrate Judge Howard R. Lloyd