Alan J. Kessel (Cal. Bar No.: 130707)
Keli N. Osaki (Cal. Bar No.: 179920)
Sandeep J. Shah (Cal. Bar No.: 210449)
**BUCHALTER, NEMER, FIELDS & YOUNGER**
A Professional Corporation
18400 Von Karman Avenue, Suite 800
Irvine, California 92612-0514
Telephone:(949) 760-1121
Facsimile: (949) 720-0182
sshah@buchalter.com

Attorneys for Plaintiff DIRECTV, INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| DIRECTV, INC., a California corporation, | CASE NO. CV-05-00409 HRL |
| Plaintiff, | Hon. Howard R. Lloyd |
| vs. | **STIPULATION FOR VOLUNTARY DISMISSAL OF DEFENDANT NONG VU AND REQUEST TO RETAIN JURISDICTION; [PROPOSED] ORDER THEREON** |
| NONG VU, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between Plaintiff DIRECTV, Inc.

("DIRECTV") and Defendant NONG VU, through their respective counsel of record, that the

above-captioned action be and hereby is dismissed without prejudice, pursuant to Fed. R. Civ. P.

41(a)(1), **only** as to Defendant NONG VU. Each of said parties to bear its/his/her own costs and

attorney's fees.

The terms of the Confidential Settlement Agreement dated April 21, 2005

("Agreement") entered into between the Defendant and DIRECTV require installment payments

from Defendant, the last of which is not due to be received until December 2005. If the

Defendant does not make any payment under the Agreement when due, DIRECTV is authorized

to seek the entry of a Judgment in this action against Defendant pursuant to a Stipulation for

Entry of Judgment ("Stipulation") executed by the parties concurrently with the Agreement. The

parties therefore have consented, and hereby further stipulate and consent to, the retention of

**STIPULATION FOR VOLUNTARY DISMISSAL OF DEFENDANT NONG VU AND REQUEST TO RETAIN JURISDICTION; [PROPOSED] ORDER THEREON**

1   jurisdiction over them by this Court and to reference to a Magistrate Judge in this District for the

2   purpose of enforcing the payment terms of the Agreement, including entering a Judgment against

3   Defendant pursuant to the Stipulation. The parties therefore respectfully request that the Court

4   retain such jurisdiction.

5

    DATED: May 26, 2005                    Respectfully Submitted,

6
                                           BUCHALTER, NEMER, FIELDS & YOUNGER
7                                          A Professional Corporation

8

9
                                           By:_____/s/Sandeep J. Shah_____
10                                                  Sandeep J. Shah
                                                 Attorneys for Plaintiff DIRECTV, Inc.
11
    DATED: May ___, 2005                   LAW OFFICES OF PHUC DINH DO
12

13

14                                         By:_____Nong Vu_____

15                                                  Nong Vu
                                                 Defendant In Pro Se
16

17

18

19

20

21

22

23

24

25

26

27

28

**STIPULATION FOR VOLUNTARY DISMISSAL OF DEFENDANT NONG VU AND REQUEST TO
RETAIN JURISDICTION; [PROPOSED] ORDER THEREON**

1

## ORDER

2          HAVING READ AND CONSIDERED the forgoing Stipulation for Voluntary

3   Dismissal of Defendant NONG VU and Request to Retain Jurisdiction, and such other pleadings,

4   documents and records deemed appropriate by the Court, and good cause appearing therefore, IT

5   IS HEREBY ORDERED:

6          (1)     Defendant NONG VU is hereby dismissed from this action without

7   prejudice;

8          (2)     Each of said parties to bear its/his/her own costs and attorney's fees; and

9          ~~(3)     The Court shall retain jurisdiction over DIRECTV and Defendant NONG~~

10  ~~VU to enforce the terms described above of the Settlement Agreement between those parties~~

11  ~~dated April 21, 2005 and hereby refers any further proceedings in this action to enforce such~~

12  ~~terms of the Settlement Agreement to a Magistrate Judge of this District.~~

13          (3)     Until January 15, 2006, this court shall retain jurisdiction over
    DIRECTV and defendant NONG VU to enforce the terms, described above, of the
14  Settlement Agreement between those parties, dated April 21, 2005.

    Dated:_____6/8/05_____          /s/ Howard R. Lloyd
15                                            _____
                                              Honorable Howard R. Lloyd
16                                            United States ~~District Court~~ Magistrate
                                              Northern District of California

17

18

19

20

21

22

23

24

25

26

27

28

**STIPULATION FOR VOLUNTARY DISMISSAL OF DEFENDANT NONG VU AND REQUEST TO
RETAIN JURISDICTION; [PROPOSED] ORDER THEREON**

**PROOF OF SERVICE**

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action. My business address is at BUCHALTER, NEMER, FIELDS & YOUNGER, A Professional Corporation, 18400 Von Karman Avenue, Suite 800, Irvine, California 92612-0514.

On May 26, 2005, I served the foregoing document described as: **STIPULATION FOR VOLUNTARY DISMISSAL OF DEFENDANT NONG VU AND REQUEST TO RETAIN JURISDICTION; [PROPOSED] ORDER THEREON** on all other parties and/or their attorney(s) of record to this action by placing a true copy thereof in a sealed envelope as follows:

\*\*\*SEE ATTACHED LIST\*\*\*

**[X]    BY MAIL**    I am a resident of, or employed in, the county where the mailing occurs; I am over the age of 18 years and am not a party to the cause. I am readily familiar with the business' practice for collection and processing of correspondence for mailing with the United States Postal Service. The correspondence will be deposited with the United States Postal Service this same day in the ordinary course of business. The address(es) shown above is(are) the same as shown on the envelope. The envelope was placed for deposit in the United States Postal Service at Buchalter, Nemer, Fields & Younger in Irvine, California. The envelope was sealed and placed for collection and mailing with first-class prepaid postage on that date following ordinary business practices.

[X]     I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on May 26, 2005, at Irvine, California.

_____         _____
              Laura Urias

(Signature)

**STIPULATION FOR VOLUNTARY DISMISSAL OF DEFENDANT NONG VU AND REQUEST TO RETAIN JURISDICTION; [PROPOSED] ORDER THEREON**

1

**SERVICE LIST**

2

Nong Vu
3    c/o Phuc Dinh Do
300 South King Road
4    San Jose, CA 95116

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**STIPULATION FOR VOLUNTARY DISMISSAL OF DEFENDANT NONG VU AND REQUEST TO
RETAIN JURISDICTION; [PROPOSED] ORDER THEREON**